UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN EVANS,<br><br>                              Plaintiff,<br><br>            -against-<br><br>NEW YORK CITY DEPARTMET OF EDUCATION,<br><br>                              Defendant. | 22-CV-7901 (ER)<br><br>ORDER OF SERVICE |

EDGARDO RAMOS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant New York City Department of Education. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   October 5, 2022
            New York, New York

                                                                            _____
                                                                            EDGARDO RAMOS
                                                                            United States District Judge