

# MEMO ENDORSED

Hon. Sylvia O. Hinds-Radix
*Corporation Counsel*

The City of New York
**Law Department**
100 CHURCH STREET
NEW YORK, NY 10007

David Choi
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 356-1941
Email: dchoi@law.nyc.gov
Email **Not** for Service of Papers

May 17, 2023

> The request to extend the briefing schedule is granted. Defendant is directed to submit its opening brief on or before June 15, 2023; Plaintiff to submit his opposition on or before July 6, 2023; and Defendant to submit its reply on or before July 13, 2023. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 17, 2023
> New York, New York

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Stephen Evans v. New York City Department of Education*
1:22-cv-07901-(ER)
Our No. 2022-074681

Dear Judge Ramos:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant New York City Department of Education ("DOE") in the above-referenced action. I write, with the consent of all parties, to respectfully request an extension of time for defendant to serve their motion to dismiss the complaint from May 30, 2023, to June 16, 2023, due to my resignation from the New York City Law Department.

      On May 9, 2023, the Court held a telephonic pre-motion conference after which an order including a briefing schedule was issued. The Order provided that defendant's motion to dismiss must be served by May 30, 2023, Plaintiff's opposition must be served by June 20, 2023, and defendant's reply to be served by June 27, 2023.

      Defendant requests this extension to provide ample time for the reassignment of this matter to another Assistant Corporation Counsel. This is defendant's first request for an extension of this deadline. With consent of Plaintiff, defendant's propose the following briefing schedule:

- Defendants to serve its motion to dismiss on or before June 15, 2023;
- Plaintiff shall serve his opposition on or before July 6, 2023;
- Defendant shall serve their reply on or before July 13, 2023.

Defendant thanks the Court for its consideration of this matter.

Respectfully submitted,

[ECF]          /S/

**HONORABLE EDGARDO RAMOS**
United States District Judge
*Stephen Evans v. New York City Department of Education*
1:22-cv-07901-(ER)
May 17, 2023
Page 2

                                                                     David Choi
                                                                     Assistant Corporation Counsel