UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
STEPHEN EVANS,

                 Plaintiff,

    -against-                                        22 **CIVIL** 7901 (ER)

                                                          **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,,

                 Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 20, 2023, the DOE's motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      November 21, 2023

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court

                                      **BY:**

                                                   _____
                                                     **Deputy Clerk**