UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN EVANS,

                Plaintiff,

– against –

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

**ORDER**

22-cv-7901 (ER)

Ramos, D.J.:

      Evans filed a notice of appeal of the Court's Opinion and Order (Doc. 38) on December 18, 2023. Doc. 40. He was directed to pay the $605.00 appeal fee by January 2, 2024. Dec. 19, 2023 Minute Entry. However, he paid only $505.00. Dec. 26, 2023 Minute Entry.

      The Clerk of Court is accordingly directed to return the $505.00 payment to Evans. Evans is directed to pay the $605.00 appeal fee in full if he wishes to pursue his appeal.

Dated:  December 26, 2023
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.